UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL KING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:22-CV-00593-SPM |
| GET HEAL, INC., | ) ) ) |
| Defendant. | ) |

### MEMORANDUM AND ORDER[1]

This cause is before the Court on the parties Joint Motion to Stay Pending Arbitration (Doc. 18). In the motion, the parties represent that during Plaintiff's employment with Defendant, they executed documents which included an arbitration agreement. The parties have agreed to proceed in arbitration and request that the Court stay this matter pending the completion of the arbitration process.

Pursuant to Section 3 of the Federal Arbitration Act,

> If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement, providing the applicant for the stay is not in default in proceeding with such arbitration.

9 U.S.C. § 3. Here, the parties have entered into an agreement to arbitrate "all disputes, claims, and any other matters in question arising out of or relating to the [p]arties' full time employment relationship or termination of that relationship." (Doc. 18-1 at 7).[2] The parties do not dispute this arbitration agreement encompasses Plaintiff's claims and that it is binding. Upon review of the

---

[1] The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). (Doc. 9).

[2] For ease of reference, the citations are made in accordance with the pagination assigned by the Court's electronic filing system (CM/ECF).

parties' arbitration agreement, the claims raised in the Complaint, and the parties' concession that the dispute is subject to the agreement to arbitrate, the Court will grant the joint motion and stay this case pending completion of the arbitration process.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion to Stay Pending Arbitration (Doc. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **STAYED** pending the completion of the arbitration process.

**IT IS FURTHER ORDERED** that all case deadlines, including the filing of responsive pleadings, discovery, dispositive motions, and trial remain **STAYED** pending the completion of the arbitration process.

**IT IS FINALLY ORDERED** that, no later than **90 days** after the date of this Memorandum and Order, and every 90 days thereafter, the parties shall file a memorandum updating the Court on the status of the arbitration process.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of July, 2022.

2